IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MANUEL VALENTIN CORTEZ, individually and on behalf of all similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>GRASS CLIPS, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:22-cv-717-AT |

## ORDER CONDITIONALLY CERTIFYING ACTION AND STAYING DISCOVERY

Before the Court is the parties' Joint Motion for Conditional Certification and Stay of Discovery [Doc. 19]. Having considered the relevant filings and proposed forms, the Court **GRANTS** the motion. The Court hereby conditionally certifies a collective group defined as:

> All persons who worked for Defendant as a landscaper or in a similar position from February 21, 2019 to present.

It is further **ORDERED** that, within 21 days of this Order, Defendants shall provide Plaintiff's counsel with last known physical addresses, and all available email addresses *and phone numbers* for members of the collective. Plaintiff's counsel shall then send the Amended Notice (attached to this Order) and the Consent to Join Form (Doc. 19-3), in both English and Spanish, to all individuals

in the collective by U.S. Mail, as well as by email and text message where available. The electronic communications shall have a method for electronic signature and submission.

Starting from the date of the issuance of the Amended Notice, the recipients will have 45 days to submit their Consent to Join Form to join this action. Plaintiff's counsel will send a Reminder Notice, in English and Spanish, via the same methods (U.S. Mail, email, and text message), 15 days from the end of the Notice Period to any individuals who have not returned or submitted a Consent to Join Form.

It is further **ORDERED** that discovery in this action is stayed for 90 days from the date of this Order. Within 14 days following the expiration of the stay of discovery, and provided the Parties have not first moved for approval of a settlement, the parties shall submit a report to the Court on the status of the case with a proposed scheduling order to complete discovery and motions practice.

**IT IS SO ORDERED** this 26th day of July, 2022.

_____
**Honorable Amy Totenberg**
**United States District Judge**