UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MANUEL VALENTIN CORTEZ<br>Plaintiff<br><br>vs.<br><br>GRASS CLIPS, INC.,<br>Defendant. | CIVIL ACTION FILE<br><br>No. 1:22-cv-00717-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment and Motion for Attorney Fees, and the court having granted said motions in whole or in part, it is

**Ordered and Adjudged** that Plaintiff is entitled to $8,704.24 in damages from Defendant. Defendant shall also pay an award of attorneys' fees and costs to Plaintiff's counsel in the amount of $52,900.00 by the agreed-upon date of August 15, 2024.

Dated at Atlanta, Georgia, this 31st day of July, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By:  s/ T. Frazier
Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
July 31, 2024
Kevin P. Weimer
Clerk of Court

By: s/ T. Frazier
Deputy Clerk